IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL J. TUNO, | ) | BANKRUPTCY CASE NO.: |
| | ) | 09-12364 |
| DEBTOR. | ) | CHAPTER 13 CASE |
| | ) | |
| ************************************ | ) | ********************************************* |
| MICHAEL J. TUNO, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | A.P. NO.: 09-1105 |
| | ) | |
| TITLEMAX OF ALABAMA, INC., | ) | |
| D/B/A TITLEMAX, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

## APPLICATION FOR PRELIMINARY INJUNCTION AND REQUEST FOR IMMEDIATE TURN OVER OF ESTATE PROPERTY

COMES NOW, the Debtor, as Plaintiff, in the above-styled adversary proceeding,

and seeks a preliminary injunction against the Defendant on the following grounds, to wit:

1.    The Plaintiff, as Debtor, filed for Chapter 13 bankruptcy relief on November

18, 2009.

2.    The Plaintiff is a resident citizen of the State of Alabama.

Page 1 of 3

3.      The Defendant is an Alabama corporation with its principal place of business believed to be located at 51 Bull Street, Suite 200, Savannah, Georgia 31401.

4.      During the course of the Plaintiff's Chapter 13 bankruptcy case, the Defendant has neither sought nor obtained relief from the automatic stay as it pertains to a 2004 Ford Explorer.

5.      Despite notification regarding the impact of 11 U.S.C. § 362, the Defendant repossessed the 2004 Ford Explorer and continues in possession of said vehicle.

6.      Upon information and belief, the Plaintiff believes the Defendant intends to dispose of the 2004 Ford Explorer.

7.      The Plaintiff has suffered and continues to suffer immediate and irreparable harm because of the Defendant's repossession.

8.      Pursuant to this Court's statutory contempt powers as defined by 11 U.S.C. § 105, this Court is empowered to issue any order necessary or appropriate to carry out the provisions of Title 11.

9.      The Plaintiff further requests this Honorable Court to order the Defendant to forthwith surrender the 2004 Ford Explorer.

10.     If the Defendant is permitted to continue in possession of the 2004 Ford Explorer, the Plaintiff will suffer irreparable harm because of the Defendant's continued possession of the vehicle.

WHEREFORE, the Plaintiff / Applicant moves this Honorable Court, after notice and hearing to enter a preliminary injunction prohibiting the Defendant from disposing of the 2004 Ford Explorer; to issue an order requiring the Defendant to forthwith surrender the 2004 Ford Explorer to the Plaintiff / Applicant; and, for all other relief that is just.

BROCK & STOUT

/s/ David G. Poston
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-393-4357
334-393-0026 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon TitleMax of Alabama, Inc. via facsimile to (334) 393-5867 and (912) 525-6275 and by certified U.S. Mail, postage prepaid and fully addressed to The Corporation Company, Registered Agent, 2000 Interstate Park Drive, Montgomery, Alabama 36109 and Tracy Young, President, 10 Cedar Pt, Savannah, Georgia 31405 this 10th day of December, 2009.

/s/ David G. Poston
David G. Poston, Esq.