**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re  Case No. 09−01105
 BK Case No. 09−12364

Tuno v. TitleMax of Alabama, Inc., d/b/a TitleMax

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held on December 14, 2009 at 10:15 AM

to consider and act upon the following:

2 − Application for Preliminary Injunction and Request for Emergency Hearing Filed by David−CR G. Poston on behalf of Michael J. Tuno. (Poston, David−CR)

---

No later than three(3) days prior to the scheduled hearing, each party desiring to be heard MUST provide the court with a telephone number to be used by calling 334−954−3845 or 3890

The phone number provided must be kept open at least one hour for the hearing.

Your case will be called as soon as possible.

---

Dated: December 11, 2009

*Juan-Carl Guerro*

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court